AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**

JUN 12 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Baltazar Antonio PASCUAL<br>YOB: 1985 Citizenship: Guatemala<br><br>*Defendant(s)* | Case No. M-19-1364-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 27, 2018,__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowing or in reckless distregard of the fact that F.A.M., an alien, that is, a citizen of Guatemala, who had entered the United States in violation of law, did knowingly transport, or more, or attempt to trasmport, or attempt to move, by foot, F.A.M, in furtherance of such violation of law within the United States, that is from a location near Hidalgo, Texas, to the point of arrest near Hidalgo, Texas. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

approved by AUSA Frances E. Bhhr
on 6/12/2019.

_____
*Complainant's signature*

Gregory Connolly, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/12/2019

_____
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Scott Hacker
*Printed name and title*

Attachment A

On July 28, 2018, F.A.M., an undocumented alien, namely a 12-year old Guatemalan national who lacked legal status to enter or be in the United States, was smuggled into the United States by Baltazar Antonio PASCUAL (hereinafter known as PASCUAL).

PASCUAL and F.A.M. both crossed into the United States and presented themselves to United States Border Patrol Agents in or around the city of Hidalgo, TX. During questioning of PASCUAL and F.A.M., it was determined both were citizens and nationals of Guatemala. PASCUAL stated that F.A.M. was his daughter. PASCUAL knew F.A.M. was illegally present in the United States and intended to take F.A.M. from Guatemala to California.

On April 30, 2019, PASCUAL arrived at the Homeland Security Investigations office located at 630 Sansome Street San Francisco, CA 94111, for his scheduled interview with Enforcement and Removal Operations officers. During the interview, PASCUAL admitted that he was not the father of F.A.M. PASCUAL transported F.A.M. from Guatemala to Hidalgo, TX, and ultimately to California, in order to successfully gain entry into the United States.